UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 APR 23 PM 1:38

LORETTA G. WHYTE
CLERK

BOBBIE J. MALONEY

CIVIL ACTION

VERSUS

NO: 06-9183-MLCF-SS

STATE FARM FIRE & CASUALTY CO.

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED the motion of the defendant, State Farm Fire & Casualty Company, for sanctions (Rec. doc. 32) is granted and that the petition of the plaintiff, Bobby Jean Maloney, is dismissed with prejudice at her cost.

New Orleans, Louisiana, this 22nd day of April, 2008.

UNITED STATES DISTRICT JUDGE

Clerk to mail copy to

Bobbie Jean Maloney
6402 Milne Boulevard
New Orleans, Louisiana 70124

and
Bobby Jean Maloney
78 Repass Avenue
Harahan, Louisiana 70123-5014.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____